■ PEOPLE, Respondent, v CHARLES McGILL, Appellant.— Motion to amend decision dated July 13, 1990 [163 AD2d 841] granted and first sentence of said decision amended by deleting the word "possession" and inserting in place thereof the word "sale". The appeal statement is also amended accordingly. Present—Callahan, J. P., Pine, Lawton and Doerr, JJ.

■ ENVIRONMENTAL SAFETY AND CONTROL CORPORATION, Appellant, v BOARD OF EDUCATION OF CAMDEN CENTRAL SCHOOL DISTRICT, Respondent and Third-Party Plaintiff-Respondent. RJD, ARCHITECT P. C., Third-Party Defendant-Respondent. (2 Appeals.)—Motion for reargument denied; cross motion for reargument granted and, upon reargument, decision dated January 31, 1992 and remittitur orders entered January 31, 1992 [179 AD2d 1012, 1013] are amended by deleting the award of costs. Present—Callahan, J. P., Green, Balio, Lawton and Davis, JJ.